IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED<br>*et al.*,<br><br>Debtors, | Chapter 11<br><br>Case No. 00-02142 (PJW)<br><br>Jointly Administered |
| STONE & WEBSTER ENGINEERING CORPORATION and STONE & WEBSTER, INCORPORATED, *et al.*,<br><br>Plaintiff,<br><br>-against-<br><br>SAUDI ARABIAN OIL COMPANY,<br><br>Defendant. | Adv. Pro. No. 02-3963 (PJW) |

**DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES
ON APPEAL BY APPELLANT THE SHAW GROUP INC.**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, The Shaw Group Inc. ("Shaw"), by and through its undersigned counsel, hereby designates the following items for inclusion in the record on appeal and states the issues to be presented on appeal from the Bankruptcy Court's August 31, 2007 Memorandum Opinion and Order denying Shaw's Motion to Intervene.

I.   **Designation of Record on Appeal**

Shaw designates the following record items from Bankr. D. Del., Adversary Proceeding No. 02-03963-PJW:

| Date | Docket No. | Record Items |
|---|---|---|
| 05/31/2002 | 1 | Complaint By Stone & Webster Engineering Corporation, Stone & Webster, Incorporated Against Saudi Arabian Oil Company |
| 09/25/2002 | 4 | Motion To Dismiss The Complaint Filed By Saudi Arabian Oil Company |
| 09/25/2002 | 5 | Memorandum Of Law In Support Of Defendant Saudi Arabian Oil Company's Motion To Dismiss The Complaint Filed By Saudi Arabian Oil Company |
| 09/25/2002 | 6 | Affidavit/Declaration Of Service Declaration Of Cyrus Benson III Filed By Saudi Arabian Oil Company |
| 09/25/2002 | 7 | Affidavit/Declaration Of Service Declaration Of Hassan Mahassni Filed By Saudi Arabian Oil Company |
| 09/27/2002 | 9 | Appendix Filed by Saudi Arabian Oil Company |
| 11/07/2002 | 19 | Motion to Intervene and to Join Abdullah Said Bugshan & Brothers as a Defendant Filed by Saudi American Bank |
| 11/07/2002 | 20 | Brief In Support of Its Motion to Intervene and to Join Abdullah Said Bugshan & Brothers as a Defendant Filed by Saudi American Bank |
| 12/09/2002 | 23 | Debtors' Answering Brief In Opposition To Saudi American Bank's Motion To Intervene And To Join Abdullah Said Bugshan & Brothers As A Defendant Filed By Stone & Webster, Incorporated |
| 12/19/2002 | 24 | Reply Brief to Debtors' Answering Brief In Opposition to Saudi merican Bank's Motion to Intervene and to Join Abdullah Said Bugshan & Brothers as a Defendant Filed by Saudi American Bank |
| 06/10/2004 | 28 | Order Referring Adversary Proceeding to Mediation |
| 04/15/2005 | 31 | Status Report E - Adversary Proceeding Settled |
| 04/20/2005 | 32 | Status Report E - Adversary Proceeding Settled |
| 08/24/2005 | 33 | Certification of Counsel Filed by SWINC Plan Administrator |

| Date | No. | Description |
|---|---|---|
| 08/26/2005 | 34 | Order Approving Stipulation of Withdrawal |
| 02/14/2006 | 36 | Notice of Agenda of Matters Scheduled for Hearing |
| 02/15/2006 | 37 | Status Report G - Mediation Report Due |
| 02/16/2006 | 38 | Status Conference Held/Court Sign-In Sheet |
| 02/27/2006 | 39 | Notice of Appearance in Adversary Proceeding Filed by Saudi Arabian Oil Company |
| 04/18/2006 | 41 | Objection to Saudi American Bank's Motion to Intervene and to Join Abdulla Said Bugshan & Brothers as a Defendant |
| 04/18/2006 | 42 | Declaration of James E. Houpt in Opposition to Saudi American Bank's Motion to Intervene and to Join Abdulla Said Bugshan & Brothers as a Defendant |
| 04/20/2006 | 44 | Notice of Agenda of Matters Scheduled for Hearing Filed by SWE&C Liquidating Trust Hearing |
| 04/24/2006 | 46 | Reply to the SWE&C Liquidating Trustee's Opposition to Saudi American Bank's Motion to Intervene and to Join Abdullah Said Bugshan & Brothers as a Defendant Filed by Saudi American Bank |
| 04/24/2006 | 47 | Notice of Agenda of Matters Scheduled for Hearing |
| 04/25/2006 | 48 | Hearing Held/Court Sign-In Sheet |
| 05/01/2006 | 50 | Order Denying Motion to Intervene |
| 05/10/2006 | 52 | Notice of Appeal |
| 05/11/2006 | 54 | Transcript of Hearing held on April 25, 2006 at 1:30pm before the Honorable Peter J. Walsh |
| 05/11/2006 | 55 | Notice of Related Cases re: Notice of Appeal Filed by SWE&C Liquidating Trust |
| 05/22/2006 | 56 | Appellant Designation of Contents For Inclusion in Record On Appeal and Statement of Issues on Appeal Filed by Saudi American Bank |
| 05/31/2006 | 57 | Appellee Designation of Contents for Inclusion in Record of Appeal Statement of Issues Presented for Review and |

| Date | # | Description |
|---|---|---|
|  |  | Designation of Additional Items to be Included in Record Filed by SWE&C Liquidating Trust |
| 05/01/2007 | 60 | Status Report for Adversary Proceeding No. 02-3963 Filed by SWE&C Liquidating Trust |
| 06/29/2007 | 61 | Motion to Intervene Filed by Shaw Group Inc. |
| 07/18/2007 | 62 | Objection to Motion to Intervene by The Shaw Group, Inc. Filed by SWE&C Liquidating Trust |
| 07/18/2007 | 63 | Motion to File Under Seal Settlement Stipulation for Citation by the SWE&C Liquidating Trust in Opposition to the Motion to Intervene by The Shaw Group, Inc. Filed by SWE&C Liquidating Trust |
| 07/27/2007 | 65 | Order Granting Motion for Leave to File Settlement Stipulation Under Seal |
| 07/30/2007 | 67 | Court's Letter (Amended) To Counsel Dated July 30, 2007 With Respect To The Shaw Group Inc's Motion To Intervene |
| 07/30/2007 | 68 | Reply in Further Support of The Shaw Group Inc.'s Motion to Intervene Filed by Shaw Group Inc. |
| 07/31/2007 | 69 | (DOCUMENT FILED UNDER SEAL) Settlement Stipulation Under Seal for Citation by the SWE&C Liquidating Trust in Opposition to the Motion to Intervene by the Shaw Group, Inc. |
| 07/31/2007 | 71 | Request for Oral Argument Filed by Shaw Group Inc. |
| 08/03/2007 | 72 | Letter to Honorable Peter J. Walsh Providing Supplemental Information Regarding Settlement Stipulation |
| 08/08/2007 | 73 | Letter to the Honorable Peter J. Walsh Responding to the Trust's Letter Providing Supplemental Information Regarding Settlement Stipulation Filed by Shaw Group Inc. |
| 08/09/2007 | 75 | Notice of Agenda of Matters Scheduled for Hearing Filed by SWE&C Liquidating Trust |
| 08/13/2007 | 78 | Minutes of Hearing held on: 08/13/2007 Subject: Omnibus and Oral argument |
| 08/31/2007 | 79 | Memorandum Opinion Dated August 31, 2007 With Respect |

| | | To The Motion Of The Shaw Group Inc. To Intervene |
|---|---|---|
| 08/31/2007 | 80 | Order Denying The Shaw Group Inc.'s Motion To Intervene |
| 09/07/2007 | 81 | Notice of Appeal |
| 09/07/2007 | 82 | Receipt of filing fee for Notice of Appeal |

Shaw designates the following record items from Bankr. D. Del., Adversary Proceeding No. 01-07766:

| Date | Docket No. | Record Items |
|---|---|---|
| 10/18/2001 | 1 | Complaint by Saudi American Bank against The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. |
| 01/02/2002 | 5 | Answer to Complaint Answer and Affirmative Defenses Filed by The Shaw Group, Inc. |
| 01/02/2002 | 6 | Debtors' Answer, Affirmative Defenses, and Counterclaims |
| 01/14/2002 | 11 | Debtors' Motion for Summary Judgment Filed by Stone & Webster, Incorporated, et al. |
| 01/18/2002 | 12 | The Shaw Group Inc.'s Response to Saudi American Bank's Motion for Leave to File an Amended Complaint and for Consolidation or Dismissal Filed by The Shaw Group, Inc. |
| 01/22/2002 | 13 | Plaintiff Saudi American Bank's Opposition to Debtors' Motion for Summary Judgment and Reply to Debtors' Opposition to Plaintiff's Motion for Consolidation or Dismissal Filed by Saudi American Bank |
| 01/22/2002 | 14 | Debtors' Opposition to Motion for Leave to File Amended Complaint Filed by Stone & Webster, Incorporated, et al. |
| 01/24/2002 | 15 | Response to Motion of the Shaw Group Inc's. Response to Saudi American Bank's Motion for Leave to File and Amended Complaint and for Consolidation or Dismissal Filed by Saudi American Bank |

| Date | No. | Description |
|---|---|---|
| 01/28/2002 | 16 | Answer of Plaintiff Saudi American Bank to Debtors' Counterclaims. Filed by Saudi American Bank |
| 08/13/2002 | 29 | Motion For Summary Judgment Filed by The Shaw Group, Inc. |
| 08/13/2002 | 30 | The Shaw Group Inc.'s Opening Brief in Support of its Motion for Summary Judgment Filed by The Shaw Group, Inc. |
| 08/13/2002 | 31 | Appendix Filed by The Shaw Group, Inc. |
| 09/03/2002 | 34 | Answering Brief in Opposition to Debtors' Motion for Partial Summary Judgment Filed by Saudi American Bank |
| 09/03/2002 | 35 | Declaration of Haider Al-Shakhes in Support of Answering Brief in Opposition to Debtors' Motion for Partial Summary Judgment Filed by Saudi American Bank |
| 09/03/2002 | 36 | Declaration of Bhupendra Bharakda in Support of Answering Brief in Opposition to Debtors' Motion for Partial Summary Judgment Filed by Saudi American Bank |
| 09/03/2002 | 37 | Motion to Strike the Verification of James P. Carroll of Debtors' Verified Opening Brief in Support of Debtors' Motion for Partial Summary Judgment Filed by Saudi American Bank |
| 09/24/2002 | 41 | Reply (I) to Debtors' Answering Brief in Opposition to Saudi American Bank's Motion to Strike Verification of James P. Carroll and (II) Answering Brief in Opposition to Debtors' Motion to Strike Declarations of Haider Al-Shakhes and Bhupendra Bharakda Filed by The Shaw Group, Inc. |
| 10/01/2002 | 43 | Motion for Leave to File Sur-Reply Brief in Opposition to Debtors' Motion for Partial Summary Judgment Filed by The Shaw Group, Inc. |
| 10/18/2002 | 47 | Motion for Summary Judgment of Saudi American Bank against the Shaw Group, Inc. and SWINC Acquisition Three, Inc. Filed by Saudi American Bank |
| 10/18/2002 | 48 | Motion to Strike the Declaration of James P. Carroll in Support of Shaw's Motion for Summary Judgment Filed by Saudi American Bank |
| 10/18/2002 | 49 | Appendix Filed by Saudi American Bank |

| | | |
|---|---|---|
| 10/18/2002 | 50 | Appendix Filed by Saudi American Bank |
| 10/18/2002 | 51 | Opening Brief in Support of Its Cross-Motion for Summary Judgment and Answering Brief in Opposition to the Shaw Group's Motion for Summary Judgment Filed by Saudi American Bank |
| 12/09/2002 | 57 | The Shaw Group's Reply to SAMBA's Motion for Summary Judgment Filed by The Shaw Group, Inc. |
| 12/09/2002 | 58 | Response to Motion of Saudi American Bank to Strike Declaration of James P. Carroll Filed by The Shaw Group, Inc. |
| 12/23/2002 | 59 | Plaintiff Saudi American Bank's Reply Brief in Response to The Shaw Group, Inc.'s Reply to SAMBA'S Cross-Motion for Summary Judgment and in Further Support of SAMBA'S Cross-Motion for Summary Judgment Filed by Saudi American Bank |
| 06/01/2004 | 75 | Motion to Withdraw the Reference Filed by The Shaw Group, Inc. |
| 06/01/2004 | 77 | Motion to Approve Determination that Proceeding is Non-Core Filed by The Shaw Group, Inc. |
| 06/03/2004 | 79 | Motion to Approve (SIGNED COPY) Motion for Determination that Proceeding is Non-Core Filed by The Shaw Group, Inc. |
| 06/30/2004 | 80 | Limited Response to The Shaw Group, Inc.'s Motion For Determination That Proceeding Is Non-Core Filed by Saudi American Bank |
| 06/30/2004 | 81 | Plaintiff Saudi American Bank's Answering Brief To The Shaw Group, Inc.'s Motion For Withdrawal Of Reference Filed by Saudi American Bank |
| 07/13/2004 | 87 | Order Granting Motion of the Shaw Group, Inc. for a Determination that this Action is Non-Core |
| 09/13/2004 | 88 | Order Withdrawing Reference of Proceedings Against the Shaw Group, Inc. |

Shaw designates the following record items from D. Del., Civil Action No. 04-00834-SLR:

| Date | Docket No. | Record Item |
|---|---|---|
| 07/08/2004 | 1 | Motion by Shaw Group Inc. to Withdraw the Reference |
| 10/14/2004 | 8 | Order scheduling Hearing on pending motions for summary judgment on 11/4/04 at 1:00 p.m. |
| 11/12/2004 | 10 | Transcript of 11/4/04 oral argument |
| 05/04/2005 | 11 | Memorandum Opinion |
| 05/04/2005 | 12 | Order Denying Defendants' Motion For Summary Judgment And Granting Plaintiff's Motion For Summary Judgment |
| 05/05/2005 | 13 | Judgment In Favor Of Saudi American Bank And Against Shaw Group, SWINC Acquisition Three In The Amount Of $6,728,549.00 |
| 05/18/2005 | 14 | Motion For Attorney Fees and Assessment of Damages Filed by Saudi American Bank |
| 05/18/2005 | 15 | Declaration of Arif Usmani in Support of Plaintiff's motion for Assessment of Damages by Saudi American Bank |
| 05/18/2005 | 16, 17 | Affidavit of Daniel E. Rosenfeld in Support of Plaintiff's motion for Assessment of Damages filed by Saudi American Bank |
| 05/18/2005 | 18 | Affidavit of John C. Hutchins Re Motion For Attorney Fees and Assessment Of Damages Filed By Saudi American Bank |
| 05/18/2005 | 19 | Affidavit of Kevin J. Mangan Re Motion For Attorney Fees and Assessment of Damages Filed by Saudi American Bank |
| 05/18/2005 | 20 | Appendix to Opening Brief In Support Of Saudi American Bank's Motion For Assessment Of Damages By Saudi American Bank |
| 05/18/2005 | 21 | Opening Brief In Support of Motion For Attorney and Assessment of Damages Filed by Saudi American Bank |
| 05/26/2005 | 24 | Notice of Appeal filed by Shaw Group Inc. |
| 06/01/2005 | 26 | Response To Motion For Attorney Fees and Assessment of Damages Filed by Shaw Group Inc. |
| 06/08/2005 | 29 | Reply Brief Re Motion for Attorney Fees and Assessment of Damages filed by Saudi American Bank |

| Date | No. | Description |
|---|---|---|
| 06/08/2005 | 30 | Appendix for Reply Brief by Saudi American Bank |
| 06/08/2005 | 31 | Declaration of Mohammed Saleh Mohammed Al-Motlaq by Saudi American Bank |
| 03/27/2006 | 32 | USCA Order Terminating Appeal as to Notice of Appeal |
| 11/08/2006 | 39 | Amended Memorandum Opinion |
| 11/08/2006 | 40 | Amended Order |
| 11/20/2006 | 42 | Affidavit of John C. Hutchins filed by Saudi American Bank |
| 11/20/2006 | 43 | Affidavit of Kevin J. Mangan filed by Saudi American Bank |
| 11/21/2006 | 45 | Exhibit A to the Affidavit of Kevin J. Mangan in Support of Samba's Itemization of Attorneys' Fees and Costs by Saudi American Bank |
| 11/21/2006 | 46 | Amended Affidavit of Amy B. Abbott filed by Saudi American Bank |
| 11/21/2006 | 47 | Continuation of Exhibit "A" to Amy B. Abbott's Revised Affidavit by Saudi American Bank |
| 11/21/2006 | 48 | Continuation of Exhibit "A" to the Revised Affidavit of Amy B. Abbott by Saudi American Bank |
| 11/21/2006 | 49 | Continuation of Exhibit "A" to the Revised Affidavit of Amy B. Abbott by Saudi American Bank |
| 11/21/2006 | 50 | Exhibits "B", "C" and "D" to the Revised Affidavit of Amy B. Abbott by Saudi American Bank. |
| 11/21/2006 | 51 | Saudi American Bank's Revised Itemization of Attorneys' Fees and Costs by Saudi American Bank. |
| 12/07/2006 | 52 | Answering Brief in Opposition to Plaintiff's Revised Itemization of Attorneys' Fees and Costs filed by Shaw Group Inc. |
| 12/18/2006 | 54 | Reply Brief To The Response Of The Shaw Group Inc. In Opposition To Plaintiff's Revised Itemization Of Attorneys' Fees And Costs Filed By Saudi American Bank |
| 02/13/2007 | 55 | Memorandum Opinion |
| 02/13/2007 | 56 | Order |
| 03/14/2007 | 57 | Notice Of Appeal Filed By Shaw Group Inc. |
| 03/19/2007 | 59 | USCA Order Reopening Appeal |
| 03/29/2007 | 61 | Motion For Supersedeas Bond - Filed By Shaw Group Inc. |

| Date | Docket No. | Record Item |
|---|---|---|
| 04/04/2007 | 62 | Order Staying Case, Granting Motion For Supersedeas Bond Filed By Shaw Group Inc. |
| 04/10/2007 | 63 | Order Granting Motion For Supersedeas Bond Filed By Shaw Group Inc. Supersedeas Bond No. 29-55-78 In The Sum Of $11,385,000.00 |

Finally, Shaw designates the following record items from Bankr. D. Del, Case No. 00-2142-PJW:

| Date | Docket No. | Record Item |
|---|---|---|
| 07/14/2000 | 340 | REVISED Order (a) Approving Asset Purchase Agreement; (b) Authorizing (i) Sale Of Substantially All of Debtors Assets Free and clear of Liens, Claims, Interests and Encumbrances, (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (iii) Assumption Certain Liabilities |
| 07/21/2000 | 382 | Asset Purchase Agreement By And Among Stone & Webster, Inc. Certain Subsidiaries of Stone & Webster Inc. and The Shaw Group Inc. Dated as of July 14, 2000 |
| 05/23/2003 | 4240 | Debtors' Motion for Order Under Fed. R. Bankr. P. 9019 Approving Settlement with Saudi American Bank filed by Stone & Webster, Inc. |
| 05/23/2003 | 4251 | Limited Response to Debtors' Motion for Order under Fed. R. Bankr. P. 9019 Approving Settlement with Saudi American Bank Filed by The Shaw Group Inc. |
| 01/16/2004 | 4879 | Order Confirming Third Amended Joint Plan of Reorganization |

## II. **Statement of Issues on Appeal**

1.  Whether the Bankruptcy Court erred in ruling that Shaw is not entitled to intervene as of right pursuant to Rule 24(a)(1) of the Federal Rules of Civil Procedure.

2.  Whether the Bankruptcy Court erred in ruling that Shaw lacks standing to intervene in this proceeding.

3. Whether the Bankruptcy Court erred in ruling that Shaw is not entitled to intervene as of right pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure.

4. Whether the Bankruptcy Court abused its discretion in ruling that Shaw is not entitled to intervene permissively pursuant to Rule 24(b) of the Federal Rules of Civil Procedure.

5. Whether the Bankruptcy Court erred in ruling that Shaw does not have a sufficient interest in the underlying litigation to be permitted to intervene.

6. Whether the Bankruptcy Court erred in ruling that there is no threat that Shaw's interest will be impaired or affected by the disposition of the underlying litigation if Shaw is not permitted to intervene.

7. Whether the Bankruptcy Court erred in ruling that Shaw was obligated to prove that the Assignment of Contract Proceeds and the Specific Payment Instruction Letter created a perfected security interest in the proceeds from the In-Kingdom Contract.

8. Whether the Bankruptcy Court erred in ruling that the District Court's opinion, which held that Shaw assumed the Guaranty and Payment Letter, did not give Shaw rights under the Asset Purchase Agreement to proceeds from the In-Kingdom Contract.

9. Whether the Bankruptcy Court erred in ruling that the Trust will not be unjustly enriched if Shaw is not permitted to intervene.

10. Whether the Bankruptcy Court erred in ruling that the November 30, 2004 Settlement Stipulation prevents Shaw from intervening in this action.

11. Whether the Bankruptcy Court erred in ruling that the November 30, 2004 Settlement Stipulation prevents Shaw from bringing an action against the Trust that is related Saudi American Bank's claim.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ *Catherine A. Strickler* |
|  | Stephen E. Jenkins (I.D. No. 2152) |
|  | Gregory A. Taylor (I.D. No. 4008) |
|  | Catherine A. Strickler (I.D. No. 4310) |
|  | 500 Delaware Avenue |
|  | P.O. Box 1150 |
|  | Wilmington, DE 19899 |
|  | (302) 654-1888 |
| Dated: September 17, 2007 | *Attorneys for The Shaw Group Inc.* |
| 184121.1 |  |