IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 00-2142 (PJW)<br><br>Jointly Administered |
| STONE & WEBSTER, INCORPORATED, and STONE & WEBSTER ENGINEERING CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>- against –<br><br>THE SAUDI ARABIAN OIL COMPANY,<br><br>Defendant. | Adv. Pro. No. 02-03963 (PJW) |

**APPELLEE SWE&C LIQUIDATING TRUST'S
STATEMENT OF ISSUES PRESENTED FOR REVIEW AND
DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and in response to the Designation Of The Record And Statement Of Issues On Appeal By Appellant The Shaw Group Inc. [D.I. #83], the SWE&C Liquidating Trustee, on behalf of appellee the SWE&C Liquidating Trust, successor in interest to Stone & Webster Engineering Corporation ("Trust"), by and through his undersigned counsel, hereby designates additional items for inclusion in the record on appeal.

OHS West:260310901.1

Bankr. D. Del., Adversary Proceeding No. 01-1120 (PJW):

| 08/03/2001 | 1 | Complaint by STONE & WEBSTER, INC., ET AL, STONE & WEBSTER ENGINEERING CORPORATION against SAUDI AMERICAN BANK. Receipt Number 054286, Fee Amount $150. (Galardi, Gregg) Modified on 8/3/2001 (IDD, ). Additional attachment(s) added on 8/3/2001 (IDD, ). Modified on 8/8/2001 (Seningen, Donna). (Entered: 08/03/2001) |
|---|---|---|

Bankr., D. Del., Adversary Proceeding No. 02-03963 (PJW):

| 03/12/2004 | 26 | Notice To Substitute Attorney *NOTICE OF SUBSTITUTION OF PARTIES AND OF COUNSEL* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INCORPORATED. (Rubin, Gary) (Entered: 03/12/2004) |
|---|---|---|

Bankr. D. Del., Case No. 00-2142 (PJW):

| 06/12/2003 | 4289 | Order Approving Settlement With Saudi American Bank (Related Doc # 4240) Signed on 6/12/2003. (Attachments: # 1 Exhibit A) (JSJ, ) (Entered: 06/13/2003) |
|---|---|---|
| 05/18/2004 | 5109 | Hearing Held/Court Sign-In Sheet (related document(s)5103, 5106 ) (LCN, ) (Entered: 05/19/2004) |
| 08/27/2007 | 6165 | Transcript of Hearing held on August 13, 2007 before the Honorable Peter J. Walsh. (related document(s)6159 ) (BJM) (Entered: 08/27/2007) |

D. Del., Civil No. 06-00399 (SLR)

| 08/29/2007 | 24 | MEMORANDUM ORDER denying 1 Bankruptcy Appeal filed by Saudi American Bank and the decision of the United States Bankruptcy Court for the District of Delaware issued on May 1, 2006 is affirmed. Motions denied as moot: 14 MOTION to Strike 12 Declaration *of Sheheryar Ali in Support of Saudi American Bank's Reply Brief* filed by SWE&C Liquidating Trustee, MOTION to supplement the record re 16 filed by Saudi American Bank, 18 MOTION to Stay *Pending Appeal* filed by Saudi American Bank. Signed by Judge Sue L. Robinson on 8/29/07. (fmt) (Entered: 08/29/2007) |
|---|---|---|

Dated: September 27, 2007
       Wilmington, Delaware

THE SWE&C LIQUIDATING TRUST

By: */s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
Wilmington, DE 19801
Tel: (302) 467-4400
Fax: (302) 467-4450

- and -

Lorraine S. McGowen
Alyssa Englund
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0002
Tel: (212) 506-5000
Fax: (212) 506-5151

- and -

James E. Houpt
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Tel: (916) 447-9200
Fax: (916) 329-4900

Counsel to the SWE&C Liquidating Trust