IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INC.,<br>*et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 00-2142 (PJW)<br>(Jointly Administered)<br><br>Adv. Proc. No. 02-3963 (PJW) |
| SHAW GROUP INC.,<br><br>Appellant,<br><br>v.<br><br>SWE&C LIQUIDATING TRUST,<br><br>Appellee. | C.A. No. 07-616 (UNA) |

## NOTICE OF RELATED CASES

Pursuant to Local Rule 3.1, the SWE&C Liquidating Trustee ("Trustee"), on behalf of appellee SWE&C Liquidating Trust (the "Trust"), as successor-in-interest to appellee Stone & Webster Engineering Corporation, hereby gives notice that the above-entitled action is related to other actions on file in this Court, namely, (i) the adversary proceeding styled as *Saudi American Bank v. Shaw Group Inc., et al.*, Case No. 1:04-cv-00834-SLR, for which the court withdrew the reference to the United States Bankruptcy Court for the District of Delaware, and for which two issues therein are presently on appeal in the United States Court of Appeals for the Third Circuit, Nos. 07-1772 and 05-2717; and (ii) the adversary proceeding styled as *Saudi American Bank v. Saudi Arabian Oil Co., Stone & Webster, Inc, et al.* Case No. 1:06-cv-00399-SLR, for which one issue therein is presently on appeal in the United States Court of Appeals for the Third Circuit, Nos. 07-3891 (together, the "Adversary Proceedings").

The above-entitled action is related to the Adversary Proceedings because the cases involve the same parties, are based on the same or similar claims and will involve similar questions of fact and law. Accordingly, assignment of this action to the Honorable Sue L.

429.001-18176

Robinson, who presided over the Adversary Proceedings, is likely to create substantial savings of judicial effort and avoid duplication of labor and inconsistent rulings.

| | |
|---|---|
| Dated: October 12, 2007<br>Wilmington, Delaware | LANDIS RATH & COBB LLP<br><br>*/s/*<br>Adam G. Landis (No. 3407)<br>Kerri K. Mumford (No. 4186)<br>James S. Green, Jr. (No. 4406)<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>- and -<br><br>Lorraine S. McGowen<br>Alyssa Englund<br>ORRICK, HERRINGTON<br>& SUTCLIFFE LLP<br>666 Fifth Avenue<br>New York, NY 10103-0002<br>Telephone: (212) 506-5000<br>Facsimile: (212) 506-5151<br><br>- and -<br><br>James E. Houpt<br>ORRICK, HERRINGTON<br>& SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br><br>Counsel to the SWE&C Liquidating Trust |

429.001-18176