# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

FREDERICK B. ROSNER
DIRECT DIAL: 302.657.4943
E-MAIL: fbrosner@duanemorris.com

www.duanemorris.com

January 9, 2008

**VIA HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

Re: **Mediation of Bankruptcy Appeal By The Shaw Group, Inc. in Stone & Webster Incorporated, *et al.*, Civil Action No. 07-cv-616 (SLR)**

Dear Judge Robinson:

I have conducted a full mediation session in this bankruptcy appeal but unfortunately the parties have not agreed to a consensual resolution of this matter.

I am available at the convenience of the Court and will proceed in such manner as the Court may direct.

Very truly yours,

Frederick B. Rosner

FBR/nmj

cc: Stephen E. Jenkins, Esquire (via e-mail)
Gregory A. Taylor, Esquire (via e-mail)
James E. Houpt, Esquire (via e-mail)
Kerri Mumford, Esquire (via e-mail)