IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| STONE & WEBSTER, ) | Bk. Nos. 00-02142 |
| INCORPORATED, et al., ) | |
| ) | |
| Debtors. ) | Jointly Administered |
| | |
| SHAW GROUP, INC., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 07-616-SLR |
| ) | |
| SWE&C LIQUIDATING TRUST, ) | |
| ) | |
| Appellee. ) | |

**ORDER**

At Wilmington this 16th day of January, 2008, having received notice from the mediator that mediation was not successful in this case (D.I. 6);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of its appeal is due on or before **February 15, 2008.**

2. Appellees' brief in opposition to the appeal is due on or before **March 14, 2008.**

3. Appellant's reply brief is due on or before **March 28, 2008.**

_____
United States District Judge