IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| STONE & WEBSTER, INCORPORATED | ) | |
| *et al.*, | ) | Case No. 00-02142 (PJW) |
| | ) | Jointly Administered |
| Debtors, | ) | Adv. Pro. No. 02-3963 (PJW) |
| | ) | |
| THE SHAW GROUP INC. | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-00616 (SLR) |
| | ) | |
| SWE&C LIQUIDATING TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

## UNOPPOSED MOTION TO ENLARGE TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Appellant The Shaw Group Inc. ("Appellant") hereby moves the Court to enlarge the time by two weeks for briefing on this bankruptcy appeal.

Appellant filed its Notice of Appeal on September 7, 2007. On January 16, 2008, the Court entered an order setting the briefing schedule for this appeal (the "Scheduling Order"). According to the Scheduling Order: (1) Appellant's opening brief in support of its appeal is due on or before February 15, 2008; (2) Appellee's Answering brief in opposition to the appeal is due on or before March 14, 2008; and (3) Appellant's reply brief in support of its appeal is due on or before March 28, 2008.

Appellant hereby requests that the Court extend the deadlines in the Scheduling Order by two weeks. Appellee, the SWE&C Liquidating Trust, does not oppose this request. In addition,

the two week extension is not sought for purposes of delay or to prejudice any party, but rather so that justice may be done. Under the proposed revised schedule: (1) Appellant's opening brief in support of its appeal will be due on or before February 29, 2008; (2) Appellee's Answering brief in opposition to the appeal will be due on or before March 28, 2008; and (3) Appellant's reply brief in support of its appeal will be due on or before April 11, 2008.

WHEREFORE, for the foregoing reason, Appellant respectfully requests that the Court enlarge the time for briefing on this appeal by two weeks.

ASHBY & GEDDES

/s/ *Catherine A. Strickler*
Stephen E. Jenkins (I.D. No. 2152)
Gregory A. Taylor (I.D. No. 4008)
Catherine A. Strickler (I.D. No. 4310)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

Dated: January 24, 2008
187509.1

*Attorneys for The Shaw Group Inc.*

2

## CERTIFICATE OF CONFERENCE

I, Catherine A. Strickler, hereby certify that on the 23rd day of January, 2008, I conferred with Kerri K. Mumford, counsel for Appellee the SWE&C Liquidating Trust, who stated that Appellee was agreeable to extending the deadlines in the Court's scheduling order by two weeks.

/s/ *Catherine A. Strickler*
Catherine A. Strickler (I.D. No. 4310)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| STONE & WEBSTER, INCORPORATED | ) | |
| *et al.*, | ) | Case No. 00-02142 (PJW) |
| | ) | Jointly Administered |
| Debtors, | ) | Adv. Pro. No. 02-3963 (PJW) |
| | ) | |
| THE SHAW GROUP INC. | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-00616 (SLR) |
| | ) | |
| SWE&C LIQUIDATING TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER

The Court, having considered the Unopposed Motion to Enlarge Time, finds that the Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED this ___ day of _____, 2008, that the schedule for briefing on this bankruptcy appeal is modified as follows:

1. Appellant's opening brief in support of its appeal is due on or before **February 29, 2008**;

2. Appellee's Answering brief in opposition to the appeal is due on or before **March 28, 2008**; and,

3. Appellant's reply brief in support of its appeal is due on or before **April 11, 2008**.

_____
Sue L. Robinson
Chief United States District Court Judge