IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED<br>*et al.*,<br><br>Debtors, | Chapter 11<br><br>Case No. 00-02142 (PJW)<br>Jointly Administered<br>Adv. Pro. No. 02-3963 (PJW) |
| THE SHAW GROUP INC.<br><br>Appellant,<br><br>v.<br><br>SWE&C LIQUIDATING TRUST,<br><br>Appellee. | C.A. No. 07-00616 (SLR) |

## ORDER

The Court, having considered the Unopposed Motion to Enlarge Time, finds that the Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED this 25th day of January, 2008, that the schedule for briefing on this bankruptcy appeal is modified as follows:

1. Appellant's opening brief in support of its appeal is due on or before **February 29, 2008**;

2. Appellee's Answering brief in opposition to the appeal is due on or before **March 28, 2008**; and,

3. Appellant's reply brief in support of its appeal is due on or before **April 11, 2008**.

_____
Sue L. Robinson
Chief United States District Court Judge