IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| STONE & WEBSTER, INCORPORATED | ) | |
| *et al.*, | ) | Case No. 00-02142 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | Adv. Pro. No. 02-3963 (PJW) |
| | ) | |
| THE SHAW GROUP INC. | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-00616 (SLR) |
| | ) | |
| SWE&C LIQUIDATING TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

## REQUEST FOR ORAL ARGUMENT BY THE SHAW GROUP INC.

Pursuant to Rule 7.1.4 of the Local Rules for the United States District Court for the District of Delaware and Rule 8012 of the Federal Rules of Bankruptcy Procedure, appellant The Shaw Group Inc. ("Shaw") hereby requests oral argument with respect to its appeal. Shaw respectfully submits that oral argument will help to address the complex factual background of this action and because it presents a substantial legal issue. In addition, oral argument would allow the parties to clarify any important legal, factual or procedural points raised in the appeal should the Court have questions.

ASHBY & GEDDES

/s/ *Catherine A. Strickler*
---
Stephen E. Jenkins (I.D. No. 2152)
Gregory A. Taylor (I.D. No. 4008)
Catherine A. Strickler (I.D. No. 4310)
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

Dated: April 16, 2008                    *Attorneys for The Shaw Group Inc.*
209842